UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | 3:24-cr-00328-SI |
| v. | INDICTMENT |
| AARON WILLIAM PIZER, | 18 U.S.C. §§ 1153(a) and 2243(a) |
| Defendant. | 18 U.S.C. §§ 1153(a) and 2244(a)(3) |

THE GRAND JURY CHARGES:

### COUNT 1
(Sexual Abuse of a Minor)
(18 U.S.C. §§ 1153(a) and 2243(a))

Sometime on or between July 10, 2016, and July 9, 2017, in the District of Oregon, within the boundaries of the Confederated Tribes of the Umatilla Indian Reservation, being Indian Country, defendant **AARON WILLIAM PIZER**, an Indian Person, knowingly engaged in a sexual act, to wit: the intentional touching of the genitalia of Minor Victim 1 with an intent to arouse and gratify the sexual desire of any person, and contact between the mouth and penis; and at the time of the offense, Minor Victim 1 was a person who had attained the age of twelve years but had not yet attained the age of sixteen, and the defendant was more than four years older than Minor Victim 1.

In violation of 18 U.S.C. §§ 1153(a) and 2243(a).

## COUNT 2
### (Sexual Abuse of a Minor)
### (18 U.S.C. §§ 1153(a) and 2243(a))

Sometime on or between August 22, 2019, and August 21, 2020, in the District of Oregon, within the boundaries of the Confederated Tribes of the Umatilla Indian Reservation, being Indian Country, defendant **AARON WILLIAM PIZER**, an Indian Person, knowingly engaged in a sexual act, to wit: the intentional touching of the genitalia of Minor Victim 2 with an intent to arouse and gratify the sexual desire of any person; and at the time of the offense, Minor Victim 2 was a person who had attained the age of twelve years but had not yet attained the age of sixteen, and the defendant was more than four years older than Minor Victim 2.

In violation of 18 U.S.C. §§ 1153(a) and 2243(a).

//
//
//
//
//
//
//
//
//
//
//
//

## COUNT 3
### (Abusive Sexual Contact)
### (18 U.S.C. §§ 1153(a) and 2244(a)(3))

On or about April 19, 2024, in the District of Oregon, within the boundaries of the Confederated Tribes of the Umatilla Indian Reservation, being Indian Country, defendant **AARON WILLIAM PIZER**, an Indian Person, knowingly caused Minor Victim 3 to engage in sexual contact, to wit: the intentional touching through the clothing of the buttocks of Minor Victim 3 with an intent to arouse and gratify the sexual desire of any person; and at the time of the offense, Minor Victim 3 was a person who had attained the age of twelve years but had not yet attained the age of sixteen, and the defendant was more than four years older than Minor Victim 3.

In violation of 18 U.S.C. §§ 1153(a) and 2244(a)(3).

Dated: September 4, 2024                    A TRUE BILL.

OFFICIATING FOREPERSON

Presented by:
NATALIE K. WIGHT
United States Attorney

CASSADY A. ADAMS, CO Bar #48807
Assistant United States Attorney