SCOTT E. BRADFORD, OSB # 062824
United States Attorney
District of Oregon
**CASSADY A. ADAMS, CO Bar #48807**
Assistant United States Attorney
Cassady.Adams@usdoj.gov
1000 SW Third Avenue, Suite 600
Portland, OR 97204-2902
Telephone: (503) 727-1000
Attorneys for United States of America

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | 3:24-cr-00328-SI |
| v. | GOVERNMENT'S SENTENCING MEMORANDUM |
| AARON WILLIAM PIZER, | |
| Defendant. | |

## Introduction

Defendant Aaron William Pizer is before the Court for sentencing following his guilty pleas to the charges in the indictment: two counts of sexual abuse of a minor, 18 U.S.C. §§ 1153(a) and 2243(a), and one count of abusive sexual contact, in violation of 18 U.S.C. §§ 1153(a) and 2244(a)(3).

This case involves historical sexual abuse by Pizer involving three girls who were related to or in the care of Pizer and his significant other[1] that occurred on different occasions when the family was living Confederated Tribes of the Umatilla Indian Reservation. Pizer was in a father figure role to the victims at the time of these crimes, and he took advantage of them.

In this case, the United States recommends a sentence of 78 months custody on Counts One and Two, to run concurrently with each other and concurrently with defendant's sentence in Umatilla County case #24CR27665. The United States recommends a sentence of one year and one day custody on Count Three, to run consecutively with Pizer's sentence in Counts One and Two, and consecutively with his sentence in Umatilla County case #24CR27665. The United States recommends a term of five years supervised release on all counts.

## Factual Background

### A. The Offense Conduct

In the spring of 2024, Minor Victim 3 (MV3), who was 13 years old, reported that Pizer had touched her inappropriately at their home on the Umatilla Reservation. PSR ¶¶ 18-24. She reported that on one occasion, when she gave Pizer a side hug, as he requested, Pizer grabbed her buttocks and squeezed. PSR ¶ 22. MV3 reported that Pizer told her not to say anything. *Id.* MV3 reported feeling like she was having panic attacks because of the inappropriate contacts with Pizer. PSR ¶ 24. MV3 also said that she had told her mother about previous inappropriate interactions with Pizer, but her mother did not do anything. *Id.*

---

[1] As noted in the presentence report, there is a web of familial relationships between Pizer and the three victims in this case. For the sake of the victims' privacy, the government will not discuss this in detail in this publicly filed sentencing memorandum.

**Government's Sentencing Memorandum**                                                           **Page 2**

As part of the investigation into Pizer, law enforcement contacted Minor Victim 1 (MV1) regarding allegations made against Pizer in 2015. PSR ¶ 25. MV1 (now in her twenties), was interviewed in March 2024. PSR ¶ 27. She reported prior sexual abuse by Pizer that occurred when the family lived in the Pendleton, Oregon area (off the Umatilla Reservation), which occurred starting around when she was eleven years old. PSR ¶¶ 27-30. This conduct was the subject of Pizer's state prosecution in Umatilla County Case Number #24CR27665.

MV1 reported that the family moved to the Umatilla Indian Reservation when she was in tenth grade. PSR ¶ 31. MV1 reported that she continued to be sexually abused/molested by Pizer when the family lived on the Confederated Tribes of the Umatilla Indian Reservation, during the time she was in high school. *Id.*

In May 2024, Minor Victim 2 (MV2), age 18, was interviewed about possible sexual abuse by Pizer. PSR ¶¶ 33-37. MV2 reported that she was sexually abused by Pizer when the family lived off the Umatilla Indian Reservation, in Pendleton (between roughly 2014 to 2018). PSR ¶¶ 34-35. The conduct that occurred in Pendleton, Oregon, off the reservation is the subject of Pizer's conviction in Umatilla County case #24CR27665. MV2 also disclosed a specific incident that occurred when she was 14 years old, on the Umatilla Reservation. PSR ¶ 36. She described being molested by Pizer in the kitchen of the residence. *Id.*

As described in the presentence report, Pizer has been interviewed multiple times in this investigation, and in initial interviews, he denied sexually abusing the victims. PSR ¶¶ 21, 26, 40-51. Following an interview on May 20, 2024, Pizer admitted that he had sexual contact with MV1 and MV2. PSR ¶ 43. Pizer also indicated that he was grooming MV3. *Id.* Pizer described grooming as getting the victims to feel comfortable with touching in a sexual manner. *Id.*

### B. Defendant's Umatilla County Case #24CR27665

On May 30, 2024, Pizer was asked by investigators to come to the Umatilla Tribal Police Department. PSR ¶ 56. He was arrested on state charges related to his sexual abuse of MV1 and MV2 that occurred off the Umatilla Reservation, in Case #24CR27665. On January 3, 2025, Pizer pleaded guilty to Sexual Abuse I (two counts) and Sexual Abuse II (two counts) in state court in Umatilla County and was sentenced to 186 months custody, followed by 10 years post-prison supervision. These state convictions did not include any offenses against MV3.

### C. Federal Indictment

While Pizer was in custody pending trial on his state case, on September 4, 2023, a federal grand jury returned an indictment for the offenses against MV1, MV2 (two counts of sexual abuse of a minor), and MV3 (one count of abusive sexual contact) in this case, which occurred in Indian Country.

### D. The Plea Agreement & Guideline Computations

On December 1, 2025, Pizer pleaded guilty to the three counts of the indictment in this case. PSR ¶ 1.

The presentence report has calculated Pizer's criminal history score to be 3 (based on his Umatilla County convictions), and his criminal history score is II. PSR ¶¶ 90-91.

The government agrees with the guideline calculations in the presentence report. PSR ¶¶ 61-87.

In this case, the United States recommends a sentence of 78 months custody on Counts One and Two, to run concurrently with each other and concurrently with defendant's sentence in Umatilla County case #24CR27665. The United States recommends a sentence of one year and

one day custody on Count Three, to run consecutively with Pizer's sentence in Counts One and Two, and consecutively with his sentence in Umatilla County case #24CR27665. The United States recommends a term of five years supervised release on all counts.

## Argument

### A. 18 U.S.C. 3553(a) Sentencing Factors

There are general factors that district courts take into account in exercising their sentencing discretion. Specifically, 18 U.S.C. § 3553(a) directs courts, "in determining the particular sentence to be imposed," to consider the following factors:

(1) "the nature and circumstances of the offense and the history and characteristics of the defendant;"

(2) "the need for the sentence imposed" to serve purposes of the criminal laws;

(3) "the kinds of sentences available;"

(4) "the kinds of sentence and the sentencing range" established by the guidelines;

(5) "any pertinent policy statement" issued by the Sentencing Commission;

(6) "the need to avoid unwarranted sentence disparities among defendants with similar records who have been found guilty of similar conduct;" and

(7) "the need to provide restitution to any victims of the offense."

18 U.S.C. § 3553(a)(1)-(7).

Many of the § 3553(a) factors warrant the sentence requested by the government in this case, including the nature and circumstances of the offense, and the need for the sentence imposed to serve the purposes of the criminal laws. Those purposes include "the need for the sentence imposed to reflect the seriousness of the offense, to promote respect for the law, . . . to

provide just punishment . . . afford adequate deterrence . . . protect the public . . . ." and to provide needed education, training, treatment, and care to the defendant. 18 U.S.C. § 3553(a)(2).

### B. Analysis of Sentencing Factors

The sentence requested by the government in this case is appropriate considering the facts and circumstances of this case.

The details of these crimes are described in extensive detail in the presentence report. Hands-on sexual abuse crimes like the ones in this case are traumatic and can have lifelong impacts on victims. These crimes are also more aggravated because they involved young girls in Pizer's care, who were all essentially part of the same interrelated family unit. They were supposed to be safe at home, and he turned their home into a place where they were not safe. Pizer's self awareness of his "grooming" of the victims shows that he knew his conduct was inappropriate, but he chose to engage in it with three different victims, in a cycle that spanned multiple years.

Pizer's punishment in state court (a 15.5 year prison sentence in the Oregon Department of Corrections) is appropriate for his crimes against MV1 and MV2. Because of the continuing course of conduct involving those victims, after the family moved to the Umatilla Reservation, the government recommends that Pizer's sentences on counts one and two in this case run concurrently with his state court sentence.

However, Pizer's state court case did not include MV3. For that reason, the government is requesting that the sentence of twelve months and one day custody on Count 3 in this case run consecutively to the other counts and consecutively with his state court sentence.

Pizer has shown remorse by virtue of his guilty pleas and acceptance of responsibility. He will greatly benefit from sex offender treatment to help him break this cycle of abuse and address the underlying issues that led to these crimes when he is done serving his sentences.

### Conclusion

Based on the foregoing, the United States requests the Court impose a sentence of 78 months custody on Counts One and Two, to run concurrently with each other and concurrently with defendant's sentence in Umatilla County case #24CR27665. The United States recommends a sentence of one year and one day custody on Count Three, to run consecutively with Pizer's sentence in Counts One and Two, and consecutively with his sentence in Umatilla County case #24CR27665.

Dated: March 5, 2026

Respectfully submitted,

SCOTT E. BRADFORD
United States Attorney

/s/*Cassady A. Adams*
CASSADY A. ADAMS, CO Bar #48807
Assistant United States Attorney